UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Remoh Garry,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Bean, *et al.*,<br><br>　　　　Defendants. | Case No.  2:23-cv-01655-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Extension of Time to file his amended complaint.  ECF No. 13.  In his Motion Plaintiff explains he sought and has now located someone who will assist in drafting the amended complaint.  For this reason, Plaintiff seeks 45 additional days to file the amended complaint with the Court.  *Id.* at 2.

Based on the forgoing, IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time (ECF No. 13) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff must file his amended complaint no later than **October 7, 2024**.

DATED 23rd day of August, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1