UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Remoh Garry,<br><br>        Plaintiff,<br><br>v.<br><br>Bean, *et al.*,<br><br>        Defendants. | Case No.  2:23-cv-01655-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Third Motion for Extension of Time seeking an additional 45 days to file his amended complaint.  ECF No. 15.  In his Motion, Plaintiff explains that High Desert State Prison ("HDSP") has had its services and resources stretched since being upgraded to a maximum-security prison.  *Id.* at 2.  HDSP's library services have slowed because of the influx of new prisoners.  *Id.*

Based on the forgoing, IT IS HEREBY ORDERED that Plaintiff's Third Motion for Extension of Time (ECF No. 15) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff must file his amended complaint no later than **December 2, 2024**.  This shall be Plaintiff's final opportunity to file the amended complaint.

DATED this 17th day of October, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE